[No. 46705-1-I. Division One. May 14, 2001.]

PUGET SOUND FINANCIAL, L.L.C., *Appellant*, v. UNISEARCH, INC., *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 98-2-16132-9, Suzanne M. Barnett, J., entered March 31, 2000. *Reversed* by unpublished opinion per Appelwick, J., concurred in by Agid, C.J., and Kennedy, J.

[No. 18755-1-III. Division Three. May 15, 2001.]

SHERYL L. BROWN, *Appellant*, v. COLUMBIA BASIN COMMUNITY COLLEGE, DISTRICT NO. 19, ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for Franklin County, No. 97-2-50265-1, Dennis D. Yule, J., entered August 23, 1999. *Affirmed* by unpublished opinion per Kurtz, C.J., concurred in by Sweeney and Kato, JJ.

[No. 19327-6-III. Division Three. May 15, 2001.]

CATHRYN A. BEARD, *Appellant*, v. CHEVRON CHEMICAL COMPANY, INC., *Respondent.*

Appeal from a judgment of the Superior Court for Benton County, No. 94-2-00808-8, Carolyn A. Brown, J., entered April 24, 2000. *Reversed* by unpublished opinion per Sweeney, J., concurred in by Brown, A.C.J., and Schultheis, J.

[No. 19594-5-III. Division Three. May 17, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. SADIE L. WILSON, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 00-8-00149-1, Neal Q. Rielly, J., entered May 24, 2000. *Affirmed* by unpublished per curiam opinion.